**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **ISCOM NY, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Maserati of Manhattan** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-5651589** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1 York Street**<br>**New York, NY 10013**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **New York**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.maseratiofmanhattan.com** |

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **ISCOM NY, LLC**
　　　　　　Name

Case number (*if known*) _____

---

**7.    Describe debtor's business**

　　A. *Check one:*

　　☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

　　☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

　　☐ Railroad (as defined in 11 U.S.C. § 101(44))

　　☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

　　☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

　　☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

　　■ None of the above

　　B. *Check all that apply*

　　☐ Tax-exempt entity (as described in 26 U.S.C. §501)

　　☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

　　☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

　　C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
　　　See http://www.uscourts.gov/four-digit-national-association-naics-codes.

---

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

　　*Check one:*

　　☐ Chapter 7

　　☐ Chapter 9

　　■ Chapter 11. *Check all that apply:*

　　　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　　　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　　　☐ A plan is being filed with this petition.

　　　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

　　☐ Chapter 12

---

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

　　■ No.

　　☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

---

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

　　☐ No

　　■ Yes.

| | | When | |
|---|---|---|---|
| Debtor | **See Rider** | Relationship | **Affiliate** |
| District | **Southern District of New York** | When _____ | Case number, if known _____ |

---

Debtor   **ISCOM NY, LLC**
_____   Case number (_if known_) _____
Name

**11. Why is the case filed in this district?**

_Check all that apply:_

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (_Check all that apply._)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

Contact name   _____

Phone   _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

_Check one:_

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **ISCOM NY, LLC**                                                            Case number (*if known*) _____
_____
Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    07/10/2017
               MM / DD / YYYY

X _____          **Gary B. Flom**
Signature of authorized representative of debtor      Printed name

Title    **Manager**

---

**18. Signature of attorney**

X _____          Date    07/10/2017
Signature of attorney for debtor                            MM / DD / YYYY

**Eric J. Snyder**
Printed name

**Wilk Auslander LLP**
Firm name

**1515 Broadway, 43rd Floor**
**New York, NY 10036**
Number, Street, City, State & ZIP Code

Contact phone    **212-981-2328**          Email address    **esnyder@wilkauslander.com**

**2161164**
Bar number and State

| Fill in this information to identify your case: | |
| --- | --- |
| United States Bankruptcy Court for the: | |
| SOUTHERN DISTRICT OF NEW YORK | |
| Case number *(if known)* _____ Chapter __11__ | ☐ Check if this an amended filing |

## Rider 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Southern District of New York for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 of BICOM NY, LLC.

- BICOM NY, LLC
- ISCOM NY, LLC
- Bay Ridge Automotive Company, LLC

**UNANIMOUS WRITTEN CONSENT**
**OF**
**THE MEMBERS OF BNF PARTNERS NY, LLC**
**·THE SOLE MEMBER OF**
**BICOM NY, LLC AND ISCOM NY, LLC**

**As of June __, 2017**

·The undersigned being all of the members (collectively, the "Members") of BNF PARTNERS NY, LLC, the sole member of BICOM NY, LLC and ISCOM NY, LLC, do hereby consent to, adopt and approve the following resolutions by unanimous written consent in lieu of a meeting:

**GENERAL**

**WHEREAS**, BNF Partners NY, LLC ("BNF") is the sole member of BICOM NY, LLC ("BI") and ISCOM NY, LLC ("IS" and collectively with BI, the "Debtors"); and

**BANKRUPTCY PETITION**

**WHEREAS,** the Members of BNF deem it advisable and in the best interests of BNF and the Debtors to have the Debtors file voluntary petitions in the United States Bankruptcy Court (the "Petition") pursuant to Chapter 11 of Title 11 of the United States Code, including, but not limited to, any and all exhibits, schedules and annexes related to the Petition and all agreements, undertakings, certificates, instruments and other documents contemplated thereby and executed and delivered in connection therewith (collectively with the Petition, the " Petition Documents").

**AUTHORIZATION**

**NOW, THEREFORE, BE IT RESOLVED** that the Petition and the Petition Documents are hereby approved;

**RESOLVED,** that the form, terms and provisions of the Petition Documents being delivered in connection with the Petition, and the performance by the Debtors of all of their obligations under the Petition Documents, be, and they hereby are, adopted, approved, ratified and confirmed in all respects;

**RESOLVED,** that Gary Flom, as Manager of BNF and the Debtors (the "Manager"), is, authorized, empowered and directed, in the name of and on behalf of BNF and the Debtors and under their corporate seal or otherwise, to execute and deliver all documents necessary to perfect the Petition on behalf of Debtors, with such additions thereto or deletions therefrom as the Manager shall, in his or their sole discretion, determine to be necessary, proper or advisable, such determination, and the Member's approval thereof, to be evidenced conclusively by the execution ·and delivery thereof;

**RESOLVED,** that the Manager is authorized and directed to appear in all bankruptcy proceedings on behalf of the Debtors and to otherwise do and perform all acts and deeds and to

00979793.1

execute and deliver all necessary documents on behalf of the Debtors in connection with such bankruptcy cases;

**RESOLVED,** that the Manager on behalf of the Debtors is authorized and directed to employ the law firm of Wilk Auslander LLP to represent the Debtors in such bankruptcy cases;

**RESOLVED,** that any and all actions taken by the Manager on behalf of BNF and/or the Debtors, in connection with and in furtherance of the matters referred to in the foregoing resolutions, is hereby ratified, confirmed, adopted and approved in all respects;

**RESOLVED,** that the Manager be and hereby is, authorized, empowered and directed to take all such further action, and to execute, deliver, certify and file all such further agreements, undertakings, certificates, instruments and other documents, in the name and on behalf of BNF and the Debtors, and under their corporate seal or otherwise, and to pay such costs and expense as such Manager in his sole discretion, determines to be necessary, proper or advisable to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby; the taking of such actions and the execution and delivery, certification and filing of such agreements, undertakings, certificates, instruments and other documents to be conclusive evidence of the Members ratification, confirmation, adoption and approval thereof; and

**RESOLVED,** that the Debtors shall not make any distributions to BNF unless such distribution is authorized by the unanimous written consent of all of the Members of BNF as the sole member of the Debtors or pursuant to an order of the United States Bankruptcy Court.

This Consent may be executed and delivered in counterparts (including by electronic transmission), each of which shall be an original instrument, but all of which together shall constitute one Consent.

*[Signature Page Follows]*

00979793.1

IN WITNESS WHEREOF, the undersigned, being all of the members of the Debtors, have executed this Unanimous Written Consent as of the date hereof.

_____
Alex Boyko

_____
Ven Nilva

_____
Gary Flom

[Signature Page to Unanimous Written Consent of the Members – BNF PARTNERS NY, LLC]

00979793.1

**IN WITNESS WHEREOF,** the undersigned, being all of the members of the Debtors, have executed this Unanimous Written Consent as of the date hereof.

06.22.17

_____
Alex Boyko

_____
Ven Nilva

_____
Gary Flom

*[Signature Page to Unanimous Written Consent of the Members – BNF PARTNERS NY, LLC]*

00979793.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:                                                      :

                                                            :        Chapter 11

ISCOM NY, LLC,                                              :

                                                            :

                        Debtor.                             :        Case No. 17- [_____] (___)

                                                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CORPORATE OWNERSHIP STATEMENT AND EQUITY INTEREST HOLDERS

The above-captioned debtor (the "Debtor") certifies pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, that the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the Debtor's equity interest:

| Member | Approximate Percentage of Interest Held |
|---|---|
| BNF Partners NY, LLC | 100% |

The Debtor further certifies pursuant to Rule 1007-3 of the Local Rules for the U.S. Bankruptcy Court for the Southern District of New York that there are no corporations whose securities are publicly traded in which the Debtor directly or indirectly owns 10% or more of any class of the corporation's equity interests, and any general or limited partnership or joint venture in which the Debtor owns an interest.

Dated:   New York, New York                    **ISCOM NY, LLC**
         _7/10_ , 2017

                                               By: _____
                                                   Gary B. Flom
                                                   Manager

00980067.1

**Fill in this information to identify the case:**

Debtor name  **ISCOM NY, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    7/10/17        X _____
Signature of individual signing on behalf of debtor

**Gary B. Flom**
Printed name

**Manager**
Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | ISCOM NY, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aboyoun & Heller LLC 77 Bloomfield Avenue Pine Brook, NJ 07058 | | | | | | $13,467.87 |
| Auto Design NYC 255 10th Avenue New York, NY 10001 | | | Disputed | | | $17,168.50 |
| Avenue Media LLC 72 Madison Avenue New York, NY 10016 | | | Disputed | | | $15,000.00 |
| Bloomberg Communications, Inc. PO Box 416985 Boston, MA 02241-6985 | | | Disputed | | | $39,544.77 |
| Carnow Inc. 25 South Park Street Hanover, NH 03755 | | | Disputed | | | $5,180.00 |
| Cars.com, LLC 2631 Solution Center Chicago, IL 60677-0001 | | | Disputed | | | $5,000.00 |
| CBS 880AM Radio 1271 Avenue of the Americas 44th Floor New York, NY 10020 | | | Disputed | | | $7,000.00 |
| Dealer Dot Com Inc. PO Box 417785 Boston, MA 02241-7785 | | | Disputed | | | $44,820.67 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor __ISCOM NY, LLC__  
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Dealer Socket PO Box 845423 Los Angeles, CA 90084 | | | Disputed | | | $8,966.27 |
| Empire State Towing 1403 Story Avenue Bronx, NY 10473 | | | Disputed | | | $6,180.00 |
| Francis Gensheimer 112 Bayonne Drive Hewitt, NJ 07421 | | | Disputed | | | $4,265.00 |
| James Kelly 250 N. 10th Street Apt. #634 Brooklyn, NY 11211 | | | Disputed | | | $4,186.00 |
| New York Design Architects LLP 175 West Broadway New York, NY 10013 | | | Disputed | | | $22,782.10 |
| NYS Dept. of Taxation Bankruptcy Division PO Box 5300 Albany, NY 12205-0300 | | | Disputed | | | $385,935.00 |
| One Service Source Inc. PO Box 40 Carle Place, NY 11514 | | | Disputed | | | $12,520.63 |
| One York Property, LLC 40 Worth Street, Suite 814 New York, NY 10013 | | | Disputed | | | $62,466.68 |
| Onsite Wheel Repair Inc. 271 Riley Road New Windsor, NY 12553 | | | Disputed | | | $7,350.00 |
| Prestige Car Care of NY 104-55 42nd Avenue Corona, NY 11368 | | | Disputed | | | $5,560.00 |
| Rojo Auto Body Corp. 8720 Foster Avenue Brooklyn, NY 11236 | | | Disputed | | | $6,875.00 |
| William Mackeigan 60 Marcia Road Ringwood, NJ 07456 | | | Disputed | | | $12,850.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **ISCOM NY, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:    Summary of Assets**

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $            0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $     4,852,021.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................    $     4,852,021.00

**Part 2:    Summary of Liabilities**

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $     4,591,363.00

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $     420,052.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$     319,612.35

4.    **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b    $     5,331,027.35

**Fill in this information to identify the case:**

Debtor name    **ISCOM NY, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.
**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

**Part 2:**    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.    **See Attachment No. 1**                                    $180,316.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**
      Add lines 7 through 8. Copy the total to line 81.                    $180,316.00

**Part 3:**    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 273,127.00 | - | 0.00 | = .... | $273,127.00 |

Debtor    **ISCOM NY, LLC**_____    Case number *(If known)*_____
         Name

| 11b. Over 90 days old: | 47,542.00 | - | 0.00 | =.... | $47,542.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

   $320,669.00

**Part 4:    Investments**

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No.  Go to Part 6.
   ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** Open Repair order | 06/23/2017 | $0.00 | | $532.00 |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** Parts, Tires, Gog | | $145,728.00 | FIFO | $145,728.00 |

23. **Total of Part 5.**

   Add lines 19 through 22.  Copy the total to line 84.

   $146,260.00

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **ISCOM NY, LLC**                                         Case number *(If known)* _____
_____
Name

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>Office furniture | $360,933.00 | Cost | $360,933.00 |
| 40. | Office fixtures<br>Service, machinery, parts, other | $70,469.00 | Cost | $70,469.00 |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software | | | |
| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | Total of Part 7.<br>Add lines 39 through 42. Copy the total to line 86. | | | $431,402.00 |
|---|---|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | Demo Inventory | $104,701.00 | FIFO | $104,701.00 |
| 47.2. | New Car Inventory | $3,588,673.00 | FIFO | $3,588,673.00 |
| 47.3. | Pre-owned Inventory | $80,000.00 | FIFO | $80,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    **ISCOM NY, LLC**                                    Case number *(if known)* _____
          Name

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**                                                        | $3,773,374.00 |
       Add lines 47 through 50. Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **One York Street**<br>**New York, NY 10013** | Tenant | **$0.00** | | **Unknown** |
| 55.2.  **787 Eleventh Avenue**<br>**New York, New York** | License | **Unknown** | | **Unknown** |

56.    **Total of Part 9.**                                                        | $0.00 |
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor    **ISCOM NY, LLC**                                      Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | |
| 61. | **Internet domain names and websites** | | |
| | Internet | $0.00 | Unknown |
| 62. | **Licenses, franchises, and royalties** | | |
| | Licenses | $0.00 | Unknown |
| 63. | **Customer lists, mailing lists, or other compilations** | | |
| | Lists | $0.00 | Unknown |
| 64. | **Other intangibles, or intellectual property** | | |
| | Other | $0.00 | Unknown |
| 65. | **Goodwill** | | |
| | Goodwell | $0.00 | Unknown |

66. **Total of Part 10.**                                                              $0.00
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **ISCOM NY, LLC**_____    Case number *(If known)* _____
           Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $180,316.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $320,669.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $146,260.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $431,402.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,773,374.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,852,021.00 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,852,021.00 |

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 6

# Schedule Reporting

Attachment No. 1

Schedule# 29
Schedule Type 4-CONTROLLED
Display Control All Detail
Cutoff Date 06/29/17

| Sch# | Control# | Description | Date | Reference# | PO#/Rcpt# | Jnl# | Acct# | Detail | Account# | Account# | Account# | Account# | Account# | Days |
|------|----------|-------------|------|-----------|-----------|------|-------|--------|----------|----------|----------|----------|----------|------|
| 29 | | DEPOSITS ON CONTR... | | | | | | | 290 | | | | | |
| | 1130 | CON EDISON | | | | | | | | | | | | |
| | | | 06/01/16 | BB | | BF | 290 | 7,385.61 | | | | | | 393 |
| | | BRK OUT INDVDUAL ENT... | 07/01/16 | 0716AA | | 11 | 290 | -7,385.61 | | | | | | 363 |
| | | 4-1-16/11-"CONED-DEP" | 07/01/16 | 0716AA | | 11 | 290 | 5,410.00 | | | | | | 363 |
| | | 4-1-16/11-"CONEDISONA" | 07/01/16 | 0716AA | | 11 | 290 | 1,975.61 | | | | | | 363 |
| | | | | | | | TOTAL | | 7,385.61 | | | | | |
| | 164257 | ONE YORK PROPERTY LLC | | | | | | | | | | | | |
| | | SEC DEP/BICOM CK#3143 | 07/01/16 | 2015YE | | 11 | 290 | 60,000.00 | | | | | | 363 |
| | | | | | | | TOTAL | | 60,000.00 | | | | | |
| | ONEYORK | | | | | | | | | | | | | |
| | | RENT DEPOSIT ONE YOR... | 09/30/16 | 12101A | | 11 | 290 | 60,630.29 | | | | | | 272 |
| | | | | | | | TOTAL | | 60,630.29 | | | | | |
| | | | | | | Total Bala... | | 128,015.90 | 128,015.90 | | | | | |
| | | | | | | Total Debi... | | 128,015.90 | 128,015.90 | | | | | |
| | | | | | | Total Cred... | | | | | | | | |

| Description | Schedule-To... | %-of-Total | No-Of-TRs | No-Of-BALs |
|-------------|----------------|------------|-----------|------------|
| Total Current | | 0.00% | | |
| Total (31-60) | | 0.00% | | |
| Total (61-90) | | 0.00% | | |
| Total (91-1... | | 0.00% | | |
| Total (121+) | 128,015.90 | 100.00% | | 3 |
| Total Debits | 128,015.90 | | | |
| Total Credits | | | | |

| Description | Debit Entries | Credit Entries | Total Entries | No-Of-TRs | No-Of-BALs |
|-------------|---------------|----------------|---------------|-----------|------------|
| DEPOSITS ... | 135,401.51 | -7,385.61 | 128,015.90 | 5 | |
| Total | 135,401.51 | -7,385.61 | 128,015.90 | 5 | 3 |

General L...
Reconcilia...

| | | Debit Entries | | | No-Of-TRs | |
|--|--|---------------|--|--|-----------|--|
| Journal | BF | 48,785.61 | | | | |
| Journal | 11 | 79,230.29 | | | 5 | |
| Total | | 128,015.90 | | | 5 | |

**Fill in this information to identify the case:**

Debtor name **ISCOM NY, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| 2.1 JP Morgan Chase Bank, NA<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**blanket lien** | **$4,591,363.00** | **$3,773,374.00** |

| Creditor's mailing address | Describe the lien |

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$4,591,363.00

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name  **ISCOM NY, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Berly Fernandez** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $2,720.00 | $2,720.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Christopher Palumbo**<br>**15 Meeker Place**<br>**Apt. #1**<br>**Millburn, NJ 07041** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $3,398.00 | $3,398.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor    **ISCOM NY, LLC**
_____    Case number (if known) _____
          Name

| | | |
|---|---|---|

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,265.00 | $4,265.00 |
|---|---|---|---|---|

**Francis Gensheimer**
**112 Bayonne Drive**
**Hewitt, NJ 07421**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | | $2,294.00 | $2,294.00 |
|---|---|---|---|---|

**Gabriel Vicente**
**1101 Falls Terrace**
**Mine Hill, NJ 07803**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | | $1,740.00 | $1,740.00 |
|---|---|---|---|---|

**Gaetano Lippis**
**2122 33rd Avenue**
**Astoria, NY 11106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | | $4,186.00 | $4,186.00 |
|---|---|---|---|---|

**James Kelly**
**250 N. 10th Street**
**Apt. #634**
**Brooklyn, NY 11211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **ISCOM NY, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address<br>**Javier Curo**<br>**77 Columbia Street**<br>**Apt. #5B**<br>**New York, NY 10002** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address<br>**Nishant Bais** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address<br>**NYS Dept. of Taxation**<br>**Bankruptcy Division**<br>**PO Box 5300**<br>**Albany, NY 12205-0300** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $385,935.00 | $385,935.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address<br>**Peter Lehmann**<br>**20 Orchard Street**<br>**Apt. #1F**<br>**New York, NY 10002** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **ISCOM NY, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,664.00 | $2,664.00 |
|---|---|---|---|---|

**Thomas Hall**
**2212 Mickie Avenue**
**Bronx, NY 10469**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,850.00 | $4,158.00 |
|---|---|---|---|---|

**William Mackeigan**
**60 Marcia Road**
**Ringwood, NJ 07456**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

**A. Duie Pyle, Inc.**
**PO Box 564**
**West Chester, PA 19381-0564**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,467.87 |
|---|---|---|---|

**Aboyoun & Heller LLC**
**77 Bloomfield Avenue**
**Pine Brook, NJ 07058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,758.74 |
|---|---|---|---|

**Auto Alert, LLC**
**9050 Irvine Center Drive**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | ISCOM NY, LLC | Case number (if known) |
|--------|---------------|------------------------|
|        | Name          |                        |

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,168.50**

**Auto Design NYC**
255 10th Avenue
New York, NY 10001

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$875.00**

**Autocheck**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00**

**Avenue Media LLC**
72 Madison Avenue
New York, NY 10016

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$309.40**

**Bisma Mobil Service**
718 11th Avenue
New York, NY 10019

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,544.77**

**Bloomberg Communications, Inc.**
PO Box 416985
Boston, MA 02241-6985

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,200.00**

**Cargurus**
PO Box 419008
Boston, MA 02241-9008

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,180.00**

**Carnow Inc.**
25 South Park Street
Hanover, NH 03755

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | ISCOM NY, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Cars.com, LLC**
**2631 Solution Center**
**Chicago, IL 60677-0001**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|

**CBS 880AM Radio**
**1271 Avenue of the Americas**
**44th Floor**
**New York, NY 10020**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,905.99 |
|---|---|---|---|

**Con Edison**
**4 Irving Place**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.16 |
|---|---|---|---|

**Corelogic Credco LLC**
**PO Box 847070**
**Dallas, TX 75284-7070**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,820.67 |
|---|---|---|---|

**Dealer Dot Com Inc.**
**PO Box 417785**
**Boston, MA 02241-7785**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,966.27 |
|---|---|---|---|

**Dealer Socket**
**PO Box 845423**
**Los Angeles, CA 90084**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Dealer Solutions One**
**PO Box 215**
**Clearwater, FL 33757**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | ISCOM NY, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,047.00 |
|---|---|---|---|

**Dealerrater.com, LLC**
**75 Remittance Dr.**
**Dept. 6767**
**Chicago, IL 60675-6767**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,955.40 |
|---|---|---|---|

**Dealertrack Techonologies**
**111 Marcus Avenue, Suite M04**
**New Hyde Park, NY 11042**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Dynamix Paint Works**
**72-73 Calamus Avenue**
**Woodside, NY 11377**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,719.51 |
|---|---|---|---|

**Edmunds.com, Inc.**
**PO Box 783531**
**Philadelphia, PA 19178-3531**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,180.00 |
|---|---|---|---|

**Empire State Towing**
**1403 Story Avenue**
**Bronx, NY 10473**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,061.52 |
|---|---|---|---|

**Experian**
**PO Box 73774**
**Chicago, IL 60673-7774**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $212.38 |
|---|---|---|---|

**FEDEX**
**PO Box 371461**
**Pittsburgh, PA 15250-7461**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | ISCOM NY, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.25** | Nonpriority creditor's name and mailing address
**Greater New York Auto Dealers**
18-10 Whitestone Expressway
Whitestone, NY 11357

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.26** | Nonpriority creditor's name and mailing address
**Jason Standard and Company LLC**
180 E. Prospect Avenue
Suite 183
Mamaroneck, NY 10543

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$320.00**

---

**3.27** | Nonpriority creditor's name and mailing address
**Liberty Glass**
6502 Queens Blvd.
Woodside, NY 11377

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

**3.28** | Nonpriority creditor's name and mailing address
**Lojack**
PO Box 846111
Boston, MA 02284

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$635.00**

---

**3.29** | Nonpriority creditor's name and mailing address
**Manhattan Fire & Safety Corp.**
242 W. 30th Street
7th Floor
New York, NY 10001

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$97.88**

---

**3.30** | Nonpriority creditor's name and mailing address
**Maserati NA**
250 Sylvan Avenue
Englewood Cliffs, NJ 07632

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.31** | Nonpriority creditor's name and mailing address
**Motorsports Consultants LLC**
505 Eder Road
Stormville, NY 12582

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,450.00**

---

Debtor    __ISCOM NY, LLC_____    Case number (if known) _____
              Name

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,782.10 |
|------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**3.32** Nonpriority creditor's name and mailing address

New York Design Architects LLP
175 West Broadway
New York, NY 10013

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$22,782.10**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address

New York State Auto
Dealers Group Insurance Trust
P.O. Box 7347
Albany, NY 12224

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address

New York State Insurance Fund
Workers' Compensation
P.O. Box 5238
New York, NY 10008-5238

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address

NY State Thruway Authority
RR 5
Schenectady, NY 12309

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address

NYC Automotive
607 West 47th Street
New York, NY 10036-1908

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.37** Nonpriority creditor's name and mailing address

NYS Dept. of Motor Vehicles
6 Empire States Plaza
Albany, NY 12228

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address

NYS Dept. of Transportation
Main Office
50 Wolf Road
Albany, NY 12232

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **ISCOM NY, LLC**
          _____    Case number *(if known)* _____
          Name

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NYS Deptment of Labor**
P.O. Box 15130
Albany, NY 12212-5130

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,520.63 |
|---|---|---|---|

**One Service Source Inc.**
PO Box 40
Carle Place, NY 11514

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,466.68 |
|---|---|---|---|

**One York Property, LLC**
40 Worth Street, Suite 814
New York, NY 10013

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,350.00 |
|---|---|---|---|

**Onsite Wheel Repair Inc.**
271 Riley Road
New Windsor, NY 12553

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|---|

**Outsource Consultants, Inc.**
237 W. 35th Street
Floor 12A
New York, NY 10001

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,612.02 |
|---|---|---|---|

**Peak Performance**
26025 Mureau Road
Calabasas, CA 91302

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,560.00 |
|---|---|---|---|

**Prestige Car Care of NY**
104-55 42nd Avenue
Corona, NY 11368

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **ISCOM NY, LLC**                                    Case number *(if known)* _____
       Name

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------|-------|

**Reynolds & Reynolds**
PO Box 182206
Columbus, OH 43218

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,875.00 |
|------|--------------------------------------------------|---------------------------------------------------|-------|

**Rojo Auto Body Corp.**
8720 Foster Avenue
Brooklyn, NY 11236

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,943.00 |
|------|--------------------------------------------------|---------------------------------------------------|-------|

**Safe-Guard Products Int'l**
Two Concourse Pkwy
Suite 500
Atlanta, GA 30328

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $590.00 |
|------|--------------------------------------------------|---------------------------------------------------|-------|

**Social Media Mgmt**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,828.80 |
|------|--------------------------------------------------|---------------------------------------------------|-------|

**Sopus Products**
PO Box 7247-6236
Philadelphia, PA 19170

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,400.00 |
|------|--------------------------------------------------|---------------------------------------------------|-------|

**The Art of Tint Corp.**
200 Rector Place, Suite 5M
New York, NY 10280

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.00 |
|------|--------------------------------------------------|---------------------------------------------------|-------|

**The Dent Specialist**
PO Box 92
Jericho, NY 11753

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ISCOM NY, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,699.66**

**Time Warner Cable**
PO Box 11820
Newark, NJ 07101-8120

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$325.54**

**True Car, Inc.**
Dept. LA 24198
Pasadena, CA 91185-4198

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**U.S. Dept. of Transportation**
1200 New Jersey Avenue, SE
Washington, DC 20590

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**UAW**
140 Sylvan Avenue
Suite 303
Englewood Cliffs, NJ 07632

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$350.00**

**Verizon**
PO Box 15124
Albany, NY 12212

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$979.53**

**Wholesale Auto Supply Co.**
22 Florence Street
South Hackensack, NJ 07606-1591

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$522.50**

**Withum**
5 Vaughn Drive
Princeton, NJ 08540

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | ISCOM NY, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Workers' Compensation Board**
**328 State Street**
**Schenectady, NY 12305**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.83 |
|---|---|---|---|

**Wurth USA Inc.**
**PO Box 415889**
**Boston, MA 02241-5889**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,485.00 |
|---|---|---|---|

**YELP**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 420,052.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 319,612.35 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 739,664.35 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>ISCOM NY, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Retail Sales and Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Maserati North America, Inc.** |
| | List the contract number of any government contract | | **250 Sylvan Avenue** |
| | | | **Englewood Cliffs, NJ 07632** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Month-to-Month Tenancy** | |
|---|---|---|---|
| | State the term remaining | **Month-to-Month** | **One York Property, LLC** |
| | List the contract number of any government contract | | **40 Worth Street, Suite 814** |
| | | | **New York, NY 10013** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Internet** | |
|---|---|---|---|
| | State the term remaining | | **Time Warner Cable Enterprises** |
| | List the contract number of any government contract | | **120 East 23rd Street** |
| | | | **New York, NY 10010** |

**Fill in this information to identify the case:**

Debtor name   **ISCOM NY, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                    Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Alex Boyko | 3201 NE 183rd Street #2302<br>North Miami Beach, FL 33160 | JP Morgan Chase Bank, NA | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Alex Boyko | 3201 NE 183rd Street #2302<br>North Miami Beach, FL 33160 | JP Morgan Chase Bank, NA | ■ D    2.1<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Bay Ridge Automotive Co., LLC | 612 86th Street<br>Brooklyn, NY 11228 | JP Morgan Chase Bank, NA | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Bay Ridge Automotive Co., LLC | 612 86th Street<br>Brooklyn, NY 11228 | JP Morgan Chase Bank, NA | ■ D    2.1<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | BICOM NY, LLC | 787 11th Avenue<br>New York, NY 10019 | JP Morgan Chase Bank, NA | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **ISCOM NY, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* Codebtor                                                     *Column 2:* Creditor

| 2.6 | **BICOM NY, LLC** | **787 11th Avenue**<br>**New York, NY 10019** | **JP Morgan Chase**<br>**Bank, NA** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
|---|---|---|---|---|
| 2.7 | **BICOM NY, LLC** | **787 11th Avenue**<br>**New York, NY 10019** | **One York Property,**<br>**LLC** | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | **Gary Flom** | **50 Riverside Blvd. #10A**<br>**New York, NY 10069** | **JP Morgan Chase**<br>**Bank, NA** | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | **Gary Flom** | **50 Riverside Blvd. #10A**<br>**New York, NY 10169** | **JP Morgan Chase**<br>**Bank, NA** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | **Venamin Nilva** | **3201 NE 183rd Street #2004**<br>**North Miami Beach, FL 33160** | **JP Morgan Chase**<br>**Bank, NA** | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | **Venamin Nilva** | **3201 NE 183rd Street #2004**<br>**North Miami Beach, FL 33160** | **JP Morgan Chase**<br>**Bank, NA** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name    **Bay Ridge Automotive Company, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Alex Boyko | 3201 NE 183rd Street #2004<br>North Miami Beach, FL 33160 | JP Morgan Chase Bank, NA | ■ D  __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Alex Boyko | 3201 NE 183rd Street #2004<br>North Miami Beach, FL 33160 | TD Bank | ■ D  __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | BICOM NY, LLC | 787 11th Avenue<br>New York, NY 10019 | JP Morgan Chase Bank, NA | ■ D  __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | Gary Flom | 50 Riverside Blvd. #10A<br>New York, NY 10169 | JP Morgan Chase Bank, NA | ■ D  __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | Gary Flom | 50 Riverside Blvd. #10A<br>New York, NY 10169 | TD Bank | ■ D  __2.2__<br>☐ E/F ____<br>☐ G ____ |

Debtor    **Bay Ridge Automotive Company, LLC**                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                    Column 2: **Creditor**

| | | | | | |
|---|---|---|---|---|---|
| 2.6 | **ISCOM NY, LLC** | **1 York Street**<br>**New York, NY 10013** | **JP Morgan Chase**<br>**Bank, NA** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ | |
| 2.7 | **Venamin Nilva** | **3201 NE 183rd Street #2004**<br>**North Miami Beach, FL 33160** | **JP Morgan Chase**<br>**Bank, NA** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ | |
| 2.8 | **Venamin Nilva** | **3201 NE 183rd Street #2004**<br>**North Miami Beach, FL 33160** | **TD Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ | |